**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-2273**

———————

JOANN PRICE,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CA-00-
3254-L)

———————

Submitted: January 17, 2002          Decided: January 28, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

JoAnn Price, Appellant Pro Se. Ariana Wright Arnold, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland; Marcia Ellen Anderson,
SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

JoAnn Price appeals the district court's order adopting the magistrate judge's report and recommendation, dismissing her claims for disability insurance benefits and supplemental security income payments. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Price v. Thompson, No. CA-00-3254-L (D. Md. Sept. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2